No. 10-6117. Anthony Vazquez, Petitioner v. United States.

562 U.S. 1222, 131 S. Ct. 1466, 179 L. Ed. 2d 310, 2011 U.S. LEXIS 1467.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 381 Fed. Appx. 168.